JAMES DAL BON
CA BAR #157942
DAL BON AND WANG
12 S FIRST STREET #613
SAN JOSE, CA 95113
ATTORNEY FOR PLAINTIFFS

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA






JOSE CRUZ GONZALEZ, EDUARDO GALARZA, JUAN PABLO PAOMARES,

    Plaintiffs,

vs.

MARIO RIOJAS, MARIO'S PLASTERING, INC. and DOES 1-10

    Defendants

Case No: C07 05521 PVT

DEMAND FOR JURY TRIAL

Plaintiffs demand a jury trial.

JAMES DAL BON
DAL BON AND WANG
12 South First Street #613
San Jose, CA 95113

COMPLAINT - 11