1  Daniel F. Pyne, Bar No. 131955
   dpyne@hopkinscarley.com
2  HOPKINS & CARLEY
   A Law Corporation
3  The Letitia Building
   70 S First Street
4  San Jose, CA  95113-2406

5  *mailing address:*
   P.O. Box 1469
6  San Jose, CA 95109-1469
   Telephone:     (408) 286-9800
7  Facsimile:     (408) 998-4790

8  Attorneys for Defendants
   Mario's Plastering, Inc. and Mario Riojas

9

10                 UNITED STATES DISTRICT COURT

11              NORTHERN DISTRICT OF CALIFORNIA

12                    SAN JOSE DIVISION

13

14  JOSE CRUZ GONZALES, EDUARDO           CASE NO.  C07-05521 PVT
    GALARZA, JUAN PABLO PAOMARES,
15                                        **ADR CERTIFICATION BY DEFENDANTS**
                Plaintiffs,               **MARIO RIOJAS AND MARIO'S**
16                                        **PLASTERING, INC. AND THEIR**
    v.                                    **COUNSEL**
17
    MARIO RIOJAS, MARIO'S
18  PLASTERING, INC. and DOES 1-10,

19              Defendants.

20

21

22

23

24

25

26

27

28

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE

353\571320.1

ADR CERTIFICATION BY DEFENDANTS MARIO RIOJAS AND MARIO'S PLASTERING, INC. AND THEIR COUNSEL, CASE #C07-05521 PVT

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE

1    Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5(b), each of the undersigned certifies that

2    he or she has:

3        (1)    Read the handbook entitled *"Dispute Resolution Procedures in the Northern*

4    *District of California"* on the Court's ADR Internet site *www.adr.cand.uscourts.gov*;

5        (2)    Discussed the available dispute resolution options provided by the Court and

6    private entities; and

7        (3)    Considered whether this case might benefit from any of the available dispute

8    resolution options.

9    Dated: January 29, 2008                    HOPKINS & CARLEY
                                                A Law Corporation
10

11

12    By: *Daniel F. Pyne*
                                                Daniel F. Pyne
13                                              Attorneys for Defendants
                                                Mario's Plastering, Inc. and Mario Riojas
14

15    Dated: January 29, 2008                   MARIO'S PLASTERING, INC. & MARIO
                                                RIOJAS
16

17

18    By:_____/s/_____
                                                Mario Riojas
19

20

21

22

23

24

25

26

27

28

353\571320.1

ADR CERTIFICATION BY DEFENDANTS MARIO RIOJAS AND MARIO'S PLASTERING, INC. AND THEIR COUNSEL, CASE #C07-5521 PVT