JAMES DAL BON CA 157942
LAW OFFICES OF JAMES DAL BON
28 NORTH 1ST STREET SUITE 210
SAN JOSE, CA 95113
TEL   (408)297-4729
FAX   (408)297-4728

ATTORNEY FOR PLAINTIFF

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE CRUZ GONZALEZ, EDUARDO GALARZA and JUAN PABLO PAOMARES,<br><br>Plaintiffs,<br><br>vs.<br><br>MARIO RIOJAS, MARIO'S PLASTERING, INC. and DOES 1 through 10,<br><br>Defendants | Case No: C-07-05521-PVT<br><br>CONSENT TO APPEAR BEFORE A MAGISTRATE JUDGE |

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the

CONSENT TO APPEAR - 1

1
2
3  judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.
4
   Dated:
5
6
7  Respectfully Submitted
8
9
        _____s/jdb_____
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

CONSENT TO APPEAR - 2