UNITED STATES DISTRICT COURT
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5ᵀᴴ FLOOR

**CIVIL MINUTES**

**Court Proceedings:** Case Management Conference, February 29, 2008
**Case Number:** CV-07-5521-JF/PVT

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

| TITLE: | JOSE GONZALEZ, ET AL  V. MARIO RIOJAS, ET AL |
|---|---|
| | PLAINTIFF                                DEFENDANT |
| **Attorneys Present:** James Dal Bon | **Attorneys Present:** Daniel Pyne |

PROCEEDINGS:

    Case management conference held.  Parties are present.  The case is referred to court mediation.  Continued to 5/30/08 at 10:30 a.m. for further case management conference.