United States District Court
Northern District of California

1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9

## Northern District of California

10  Gonzalez,                                    07-05521 JF MED

11              Plaintiff(s),             **Notice of Appointment of Mediator**

12      v.

13  Paomares,

14              Defendant(s).

15  TO COUNSEL OF RECORD:

16      The court notifies the parties and counsel that the Mediator assigned to this case

17  is:

18                          **James Nebel**
                         Flynn, Delich & Wise LLP
19                       One California St., Suite 350
                         San Francisco, CA 94111
20                       415-693-5578
                         jamesn@fdw-law.com
21

22      Counsel shall familiarize themselves with the requirements of ADR L.R. 6 which

23  governs the Mediation program.  The mediator will schedule a joint phone conference

    with counsel under ADR L.R. 6-6 and will set the date of the mediation session within
24
    the deadlines set by ADR L.R. 6-4 or the court order referring this action to mediation.
25
    The court permits the mediator to charge each party its pro rata share of the cost of the
26
    phone conference.
27
28

**Notice of Appointment of Mediator**
07-05521 JF MED                        - 1 -

1    Counsel are reminded that the written mediation statements required by the ADR

2    L.R. 6-7 shall NOT be filed with the court.

3

4    Dated: April 9, 2008

5                                          RICHARD W. WIEKING
                                           Clerk
6                                          by:    Claudia M. Forehand

7

8                                          _____
                                           ADR Case Administrator
9                                          415-522-2059
                                           Claudia_Forehand@cand.uscourts.gov

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
**Northern District of California**

**Notice of Appointment of Mediator**
07-05521 JF MED                          - 2 -