James Dal Bon (State Bar No. 157942)
LAW OFFICES OF JAMES DAL BON
28 North First Street
Suite 210
San Jose, CA  95113
Telephone:  (408) 297-4729
Email: jdblaw@earthlink.net

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOSE CRUZ GONZALEZ, EDUARDO GALARZA and JUAN PABLO PAOMARES,<br><br>Plaintiffs,<br><br>v.<br><br>MARIO RIOJAS, MARIO'S PLASTERING, INC. and DOES 1 through 10,<br><br>Defendants. | CASE NO.  C-07-05521-PVT<br><br>NOTICE OF SETTLEMENT |

1. Plaintiffs by and through their counsel of record, hereby notifies the court this case has been settled.  We request that all action concerning this case be suspended pending the parties signing the final settlement documents.

Dated:  5/30/08                                By:_____/s/jdb_____
                                                            James Dal Bon
                                                            Attorney for Plaintiffs

NOTICE OF SETTLEMENT                              1