## UNITED STATES DISTRICT COURT
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5TH FLOOR

**CIVIL MINUTES**

**Court Proceedings:** Further Case Management Conference, May 30, 2008
**Case Number:** CV-07-5521-JF/PVT

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

---

TITLE:         JOSE GONZALEZ, ET AL  V. MARIO RIOJAS, ET AL

           PLAINTIFF                                    DEFENDANT

  Attorneys Present:  James Dal Bon         Attorneys Present: Daniel Pyne

---

PROCEEDINGS:

   Further case management conference  held.  Parties are present.  Counsel advise the case has settled.