**FILED**
JUN 0 5 2008
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

THE UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE CRUZ GONZALEZ, EDUARDO GALARZA and JUAN PABLO PAOMARES, ) ) ) ) Plaintiffs, ) ) vs. ) ) MARIO RIOJAS, MARIO'S PLASTERING, INC., et al., ) ) ) Defendants. ) | Case No.: C 07-05521 JF MED  **CERTIFICATION OF ADR SESSION** |

*__Instructions__: The neutral shall submit this Certification to the ADR unit within 10 days after completing an ADR Session. The ADR unit will file-stamp the Certification and place it in the court file.*

1. I hereby certify that the parties in this matter held a Mediation on May 29, 2008.

2. Did the case settle?  Yes.

3. If the case did not settle fully, is any follow-up contemplated?  Not applicable.

4. Is this ADR process completed?  Yes.

CERTIFICATON OF ADR SESSION
Case No. C 07-05521 JF MED

-1-

1
2  Dated: June 3, 2008
3
4                                              **Mediator**
5                                              **James B. Nebel**
6                                              Flynn, Delich & Wise LLP
                                               One California St., Suite 350
7                                              San Francisco, CA 94111
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

CERTIFICATON OF ADR SESSION
Case No. C 07-05521 JF MED

-2-